JEFFREY S. BLANCK, ESQ.
Nevada State Bar No. 3913
485 West Fifth Street
Reno, Nevada 89503
(775) 324- 6640
(775) 323-5944 Fax
jblanck@jeffreyblancklaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TINA McCARTHY, and individual; et al. | Case No. 3:05-cv-0177-LRH (RJJ) |
| Plaintiff's, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION AND RELATED DEADLINES AND FOR FILING THE JOINT PRETRIAL ORDER** |
| vs. | |
| GARY UNDERHILL in his official and individual capacity; et al., | |
| Defendants. | |

The parties, through their respective counsel of record, hereby agree and stipulate to extend the time-lines within which to file the briefing with respect to the dispositive motions the parties have filed, along with the related timetable for lodging the Joint Pretrial Order. This stipulation constitutes the sixth request to modify the scheduling order, now only dealing with these two deadlines and no others.

The reasons for this stipulation are:

(1)  This action is closely related to four (4) other currently pending actions, namely: Williams, et al. v. Underhill, et. al., Case No. 3:05-cv–0175-LRH (RJJ); Smith, et. al. v. Underhill, et. al., Case No. 3:05-cv-0176-LRH (RJJ); and Alexander, et al. v. Underhill, et al., Case No. 3:05-cv–0178-LRH (RJJ); Gayle Chiles, et al. v. Underhill et al., Case No. 3:05-cv-0179-LRH (RJJ). It is also related to a fifth (5th) case that was filed substantially later, and in

which these mentioned deadlines do not apply, namely, Cranford, et al., v. Underhill., Case No. 3:05-cv-00111-LRH (GWF).  While all these cases each are based on different alleged factual scenarios, they are closely related in terms of the identity of many of the defendants, parties, witnesses, and other circumstances.  Oral deposition discovery was consolidated by virtue of a separate stipulated Order (Dkt.#41) for the five closely-related cases in order to save economic resources and time.

(2) Defense counsel have already filed summary judgment motions in the first five cases.

(3)     Plaintiffs' counsel filed partial summary judgment motions on January 7, 2007, in the Alexander and Chiles cases, and Defendants have opposed those partial summary judgment motions, and filed cross-motions.

(4)     Logistically, the single extended filing date has turned out to be problematic for the parties because of the extensive body of evidence that needs to be analyzed and compiled for the summary judgment motions and exhibits.  The electronic filing process is also time intensive, albeit very convenient, not to mention the additional time for scanning the documents internally prior to e-filing, providing courtesy copies of the numerous exhibits to the Court, and opposing counsel, and the occasional equipment problems.

(5)     Plaintiffs' counsel is a sole practitioner and has numerous cases in litigation in State and Federal Court requiring a balancing of deadlines and workload.

(6)     Plaintiff will have the Reply brief in Chiles and in Alexander filed by September 6, 2007.

(7)     The previous order identified the fact that plaintiff may need one more extension.

Based on the foregoing, the parties respectfully request that the following deadlines be extended as follows:

(1)     The deadline for the Plaintiffs to file and serve their Opposition Brief to Defendants' Motion for Summary Judgment be moved from September 6, 2007 to on or before Friday, October 26, 2007.

(2)     The deadline for Defendants to file their Reply brief to Plaintiffs' Opposition to Defendants' Summary Judgment Motion shall also vary from the typical response times under

1  the local rules, and the Reply shall be due on or before Friday <u>November 30, 2007</u>. If additional

2  time is needed , counsel anticipate submitting an appropriate stipulation and order.

3     (3)   Based on the parties' already-filed and anticipated dispositive motions, the date

4  for filing the Joint Pretrial Order ("JPO") is extended to <u>30 days after the entry of decision on all</u>

5  <u>dispositve motions, or further order of the Court</u>, in accordance with LR 26-1(e)(4).

6     This Stipulation being submitted prior to the due date, as contemplated by LR 6-1.

7  LAW OFFICE OF JEFFREY S. BLANK

8  By_____/s/_____          Dated this 27th day of August, 2007.

9     Jeffrey S. Blanck, Esq.
       485 West Fifth Street
10    Reno, Nevada 89503
       (775) 324-6640 telephone
11    (775) 323-5944 facsimile
       Attorney for Plaintiffs
12
   MAUPIN, COX & LeGOY
13
   By_____/s/_____          Dated this 27th day of August, 2007.
14
       Michael Malloy, Esq.
15    Debra Waggoner, Esq.
       4785 Caughlin Pky
16    Reno, Nevada 89520
       (775) 827-2000 telephone
17    (775) 827-2185 facsimile

18    Attorneys for Defendant

                                                NO FURTHER EXTENSIONS SHALL BE
19                                              GRANTED.

20                                              IT IS SO ORDERED.

21

22

23                                              *[signature]*

24                                              _____
                                                LARRY R. HICKS
25                                              UNITED STATES DISTRICT JUDGE

26                                              DATED: August 29, 2007

27

28  \\Jeff\My Documents\McCarthy, Tina\STIP TO EXT.wpd