AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

TINA McCARTHY, et al.,

      Plaintiffs,                JUDGMENT IN A CIVIL CASE

V.

                                    CASE NUMBER: **3:05-CV-00177-LRH-RJJ**

WASHOE COUNTY SCHOOL
DISTRICT, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#57) is GRANTED.


  March 26, 2008                                            **LANCE S. WILSON**
                                                                           Clerk


                                                                        /s/ Kalani Lizares
                                                                         Deputy Clerk